UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL RUSS OXLEY,<br><br>    Plaintiff,<br><br>v.<br><br>MADRIGAL, et al.,<br><br>    Defendants. | Case No. 23-cv-02371 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br><br>(Docket No. 20) |

    Plaintiff, a state prisoner, filed a civil rights complaint under 42 U.S.C. § 1983 against officers and the medical staff at the West County Detention Facility in Contra Costa County, where he was previously confined. Dkt. No. 1. The Court found the amended complaint stated cognizable claims and ordered service on Defendants who were directed to file a dispositive motion. Dkt. No. 14. On May 8, 2024, Defendants filed a motion to dismiss the amended complaint. Dkt. No. 18. Plaintiff's opposition was due twenty-eight days thereafter, *i.e.*, by June 5, 2024. *See* Dkt. No. 14 at 6.

    On May 31, 2024, Plaintiff filed a request for an extension of thirty days to file his opposition due to a delay in receiving Defendants' motion. Dkt. No. 20. Good cause appearing, the request is **GRANTED**. Plaintiff's opposition shall be filed **no later than July 5, 2024**.

Defendants' reply shall be filed **no later than fourteen (14) days** from the date Plaintiff's opposition is filed.

This order terminates Docket No. 20.

**IT IS SO ORDERED.**

Dated: __June 7, 2024_____

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file Opp.
PRO-SE\BLF\CR.23\02371Oxley_eot-opp