UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL RUSS OXLEY,<br><br>             Plaintiff,<br><br>       v.<br><br>MADRIGAL, et al.,<br><br>             Defendants. | Case No. 23-cv-02371 BLF (PR)<br><br>**ORDER VACATING PREVIOUS ORDER AND FILING CORRECTED ORDER; TERMINATING MOTION AS MOOT**<br><br>(Docket No. 28) |

Defendants filed a motion for reconsideration of the last court order, which granted and denied in part their motion to dismiss. Dkt. No. 28. The order erroneously stated that Plaintiff was granted leave to amend the "conditions of confinement" claim as to Madrigal and Rossberg. Dkt. No. 27 at 13:19. Consistent with Defendants' motion, the Court intended to allow amendment of this claim to as Madrigal and Santiago and not Rossberg. *See* Dkt. No. 27 at 3:1, 10:12-13. This was a typographical error. On this basis, the Court will *sua sponte* correct the order.

Based on the foregoing, the Court terminates the motion for reconsideration as moot and will issue a corrected order on Defendants' motion to dismiss.

This order terminates Docket No. 28.

**IT IS SO ORDERED.**

Dated: _January 31, 2025_____                    _____
                                                                          BETH LABSON FREEMAN
                                                                          United States District Judge

Order Vacating Order; Term. Mot. As Moot
PRO-SE\BLF\CR.23\02371Oxley_vacate&term